```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| In Re. ) | 3:08-CV-00398-ECR-RAM |
| ) | (base case) |
| MARK GUZY and SHANNON DONAHUE GUZY, ) | 3:08-CV-00407-ECR-RAM |
| aka SHANNON DONAHUE, ) | (consolidated case) |
| ) | |
|     Debtors, ) | Case No. BK-N-05-50110-GWZ |
| _____) | Appeal Ref. #08-04 |
| ) | |
| MARK GUZY, individually and as ) | Case No. BK-N-05-50110-GWZ |
| beneficiary of the Mark R. Guzy Trust ) | Appeal Ref. #08-06 |
| (Distribution at Age 21), and as ) | |
| beneficiary of the Mark R. Guzy Trust ) | MINUTES OF THE COURT |
| (Distribution at Age 35), ) | |
| ) | Date: March 11, 2009 |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE ARBOR COMPANY, a Nevada limited ) | |
| partnership, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

PRESENT:  **EDWARD C. REED, JR.**                                  U. S. DISTRICT JUDGE

Deputy Clerk:  **COLLEEN LARSEN**      Reporter:  **NONE APPEARING**

Counsel for Plaintiff(s)         **NONE APPEARING**

Counsel for Defendant(s)         **NONE APPEARING**

<u>MINUTE ORDER IN CHAMBERS</u>

    On March 10, 2009, the parties filed a Stipulation (#52) that the appeals of Appellants/Counter-Appellees, the Arbor Company, D. James Guzy, and Marcia O. Guzy, and Appellee/Counter-Appellant, Mark Guzy, Case No. 3:08-CV-00398 and Case No. 3:08-CV-00407, consolidated under the base case 3:08-CV-00398, shall be withdrawn.

    **IT IS, THEREFORE, HEREBY ORDERED** that the appeals are **DISMISSED**.

The Clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the hearing on the appeals set for March 17, 2009, is **VACATED**.

                                            LANCE S. WILSON, CLERK

                                            By      /s/
                                                    Deputy Clerk