~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

In Re:

MARK GUZY and SHANNON DONAHUE
GUZY, aka SHANNON DONAHUE,

    Debtors

_____

MARK GUZY, individually and as
beneficiary of the Mark R. Guzy Trust
(Distribution at Age 21), and as
beneficiary of the Mark R. Guzy Trust
(Distribution at Age 35),
    Plaintiff,

vs.

THE ARBOR COMPANY, a Nevada
limited partnership,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00398-ECR-RAM**
3:08-CV-00407-ECR-RAM
(consolidated case)

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeals are **DISMISSED**.

|   |   |
|---|---|
| March 11, 2009 | **LANCE S. WILSON** |
|   | Clerk |
|   |   |
|   | /s/ D. R. Morgan |
|   | Deputy Clerk |